# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 14-375 (SRN/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Nathan Neal Dorweiler, | |
| Defendant. | |

Laura M. Provinzino, Esq., Assistant United States Attorney, counsel for plaintiff.

Manny K. Atwal, Esq., Office of the Federal Defender, counsel for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 9, 2015.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that**:**

1. Defendant's Motion to Suppress Statements, Admissions and Answers (Docket No. 22), is **DENIED**;

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Docket No. 23), is **DENIED**;

Date:  February 24, 2015

                                                 s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Judge